**William M. WRAY, Plaintiff–Appellant,**

v.

**K. TOWNS, Captain; Correctional Officer Sessoms, Defendant– Appellee.**

**No. 02–6566.**

United States Court of Appeals, Fourth Circuit.

Submitted May 30, 2002.

Decided June 10, 2002.

William M. Wray, Appellant Pro Se.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

William M. Wray appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly we affirm on the reasoning of the district court. *See*

*Wray v. Towns,* No. CA–02–745–PJM (D. Md., filed Mar. 20, 2002; entered Mar. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*